**In re: Reginald S. TUCKER, Petitioner.**

No. 08–1264.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 28, 2008.

Reginald S. Tucker, Petitioner Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald S. Tucker petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his habeas corpus petition. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court dismissed the petition without prejudice for failure to exhaust state court remedies. Accordingly, because the district court has recently decided Tucker's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*